# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:10CR230 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JUAN CAMPOS-FAJARDO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Juan Campos-Fajardo (Campos-Fajardo) to withdraw his motion to suppress (Filing No. 20) and to set this matter for jury trial (Filing No. 23). The motion is granted. The clerk shall term the motion to suppress (Filing No. 20) on the docket and the evidentiary hearing previously scheduled for August 26, 2010, is canceled. This case will be set for jury trial by separate order.

**IT IS SO ORDERED.**

DATED this 20th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.